HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY; COMMERCIAL INDUSTRIAL BUILDING OWNERS ALLIANCE, INC. (dba CIBA Insurance Program; dba CIBA Insurance Services); GREAT LAKES INSURANCE, SE; ASPEN SPECIALTY INSURANCE COMPANY; EVEREST INDEMNITY INSURANCE COMPANY; FIRST SPECIALTY INSURANCE CORPORATION; IRONSHORE SPECIALTY INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; COLONY INSURANCE COMPANY; and DOES 1-20,<br><br>Defendants. | NO.  2:22-CV-01373 JCC<br><br>STIPULATION FOR AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN DEFENDANTS & CLAIMS<br><br>NOTE ON MOTION CALENDAR:<br>**February 16, 2023** |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties signing below that based on settlements that have been achieved between the parties, or resolutions that have otherwise been agreed to, the following claims may be dismissed with prejudice, and the following

STIPULATION FOR AND ORDER OF
DISMISSAL OF CERTAIN DEFENDANTS &
CLAIMS - 1
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

parties may be dismissed from this case (some with prejudice and some without prejudice). The specifics are as follows:

All claims related to the insurers (and property insurance policies) that insured plaintiff Sixty-01 Association of Apartment Owners ("Association") through the Commercial Industrial Building Owners Alliance ("CIBA") program for the periods of time commencing on March 31, 2016 and March 31, 2017 have been settled and should be dismissed with prejudice and without an award of costs. (This dismissal does not impact the Association's claims as to the insurers that issued property insurance policies through the CIBA program for the period of time commencing on March 31, 2015 with respect to those property insurance policies.)

The following defendants may be dismissed *with* prejudice and without an award of costs because they did *not* insure the Association through the CIBA program for the period of time commencing on March 31, 2015:

- Everest Indemnity Insurance Company;
- Swiss Re Corporate Solutions Capacity Insurance Corporation (formerly known as First Specialty Insurance Corporation); and
- Colony Insurance Company

The following defendants[1] may be dismissed *without* prejudice and without an award of costs because they *did* issue property insurance policies through the CIBA program for the

---

[1] The Association intends to soon take steps to amend its First Amended Complaint (Dkt. # 29) so as rejoin these insurers as defendants in relation to claims related to the insurance provided through the CIBA program for the period of time commencing on March 31, 2015. The Association will not merely seek to rejoin these insurers as defendants, but will also seek to join as defendants other insurers who provided insurance through the CIBA program for the period of time commencing on March 31, 2015. The Association

STIPULATION FOR AND ORDER OF
DISMISSAL OF CERTAIN DEFENDANTS &
CLAIMS - 2
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

period of time commencing on March 31, 2015, under which the Association is seeking insurance coverage:

- Aspen Specialty Insurance Company (who never formally appeared);
- Ironshore Specialty Insurance Company; and
- Liberty Surplus Insurance Corporation.

Finally, defendant Commercial Industrial Building Owners Alliance, Inc. may be dismissed *without* prejudice and without an award of costs based on an agreement reached between the Association and CIBA.

Plaintiff's claims remain intact against (1) defendant Public Service Insurance Company; and (2) Great Lakes Insurance, SE (and the insurance provided through the CIBA program for the period of time commencing on March 31, 2015).

DATED this 16th day of February, 2023.

| ASHBAUGH BEAL | COZEN O'CONNOR |
|---|---|
| By s/ Jesse D. Miller<br>　Jesse D. Miller, WSBA #35837<br>　jmiller@ashbaughbeal.com<br>　Zachary O. McIsaac, WSBA #35833<br>　zmcisaac@ashbaughbeal.com<br>　Counsel for Plaintiff Sixty-01<br>　Association of Apartment Owners | By s/ Jodi A. McDougall<br>　Jodi A. McDougall, WSBA #22060<br>　jmcdougall@cozen.com<br>　Dana K. Mydland, WSBA #56096<br>　dmydland@cozen.com<br>　Counsel for Defendant Commercial<br>　Industrial Building Owners Alliance, Inc. |
| CARNEY BADLEY SPELLMAN, P.S. | BETTS, PATTERSON & MINES, P.S. |
| By s/ Jeffrey D. Laveson<br>　Jeffrey D. Laveson, WSBA #16351<br>　laveson@carneylaw.com<br>　Linda B. Clapham, WSBA #16735<br>　clapham@carneylaw.com<br>　Counsel for Defendant Everest<br>　Indemnity Insurance Company | By s/ Joseph D. Hampton<br>　Joseph D. Hampton, WSBA #15297<br>　joseph.hampton@bullivant.com<br>　Danielle N. McKenzie, WSBA #49715<br>　danielle.mckenzie@bullivant.com<br>　Counsel for Defendant Colony Insurance<br>　Company |

---

intends to do this after defendant PSIC's motion to dismiss the Association's First Amended Complaint (Dkt. # 40) has been resolved by the Court.

STIPULATION FOR AND ORDER OF
DISMISSAL OF CERTAIN DEFENDANTS &
CLAIMS - 3
(NO. 2:22-CV-01373 JCC)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

| | |
|---|---|
| THE CHARTWELL LAW OFFICES, LLP | DLA PIPER LLP (US) |
| By s/ Robert A. Meyers<br>Robert A. Meyers, WSBA #24846<br>rmeyers@chartwelllaw.com<br>Counsel for Defendants Ironshore Specialty Insurance Company *and* Liberty Surplus Insurance Corporation | By s/ Anthony A. Todaro<br>Anthony A. Todaro, WSBA #30391<br>anthony.todaro@us.dlapiper.com<br>Counsel for Defendant Swiss Re Corporate Solutions Capacity Insurance Corporation (formerly known as First Specialty Insurance Corporation) |

### ORDER OF DISMISSAL

This matter came before the Court on the parties' stipulation for dismissal. On the basis of the parties' above stipulation, the Court:

1. Dismisses *with* prejudice and without an award of costs:

   a. All claims related to the Association's insurance through the CIBA program for the periods of time commencing on March 31, 2016 and March 31, 2017;

   b. Everest Indemnity Insurance Company;

   c. Swiss Re Corporate Solutions Capacity Insurance Corporation (formerly known as First Specialty Insurance Corporation); and

   d. Colony Insurance Company.

2. Dismisses *without* prejudice and without an award of costs:

   a. Aspen Specialty Insurance Company;

   b. Ironshore Specialty Insurance Company;

   c. Liberty Surplus Insurance Corporation; and

   d. Commercial Industrial Building Owners Alliance, Inc.

//

//

//

//

STIPULATION FOR AND ORDER OF DISMISSAL OF CERTAIN DEFENDANTS & CLAIMS - 4
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1   DATED this 17th day of February 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION FOR AND ORDER OF
DISMISSAL OF CERTAIN DEFENDANTS &
CLAIMS - 5
(NO. 2:22-CV-01373 JCC)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

Presented by:

ASHBAUGH BEAL

By s/ Jesse D. Miller
   Jesse D. Miller, WSBA #35837
   jmiller@ashbaughbeal.com
   Zachary O. McIsaac, WSBA #35833
   zmcisaac@ashbaughbeal.com
   Attorneys for Plaintiff

COZEN O'CONNOR

By s/ Jodi A. McDougall
   Jodi A. McDougall, WSBA #22060
   jmcdougall@cozen.com
   Dana K. Mydland, WSBA #56096
   dmydland@cozen.com
   Counsel for Defendant Commercial
   Industrial Building Owners Alliance, Inc.

CARNEY BADLEY SPELLMAN, P.S.

By s/ Jeffrey D. Laveson
   Jeffrey D. Laveson, WSBA #16351
   laveson@carneylaw.com
   Linda B. Clapham, WSBA #16735
   clapham@carneylaw.com
   Counsel for Defendant Everest
   Indemnity Insurance Company

BETTS, PATTERSON & MINES, P.S.

By s/ Joseph D. Hampton
   Joseph D. Hampton, WSBA #15297
   joseph.hampton@bullivant.com
   Danielle N. McKenzie, WSBA #49715
   danielle.mckenzie@bullivant.com
   Counsel for Defendant Colony Insurance
   Company

//

//

//

STIPULATION FOR AND ORDER OF
DISMISSAL OF CERTAIN DEFENDANTS &
CLAIMS - 6
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1  THE CHARTWELL LAW OFFICES, LLP

2  By s/ Robert A. Meyers
   Robert A. Meyers, WSBA #24846
3  rmeyers@chartwelllaw.com
   Counsel for Defendants Ironshore
4  Specialty Insurance Company *and*
   Liberty Surplus Insurance Corporation
5
   DLA PIPER LLP (US)
6
7  By s/ Anthony A. Todaro
   Anthony A. Todaro, WSBA #30391
   anthony.todaro@us.dlapiper.com
8  Counsel for Defendant Swiss Re
   Corporate Solutions Capacity Insurance
9  Corporation (formerly known as First
   Specialty Insurance Corporation)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  STIPULATION FOR AND ORDER OF
    DISMISSAL OF CERTAIN DEFENDANTS &
    CLAIMS - 7
    (NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey D. Laveson
laveson@carneylaw.com
Linda B. Clapham
clapham@carneylaw.com
CARNEY BADLEY SPELLMAN, P.S.
*Attorneys for Everest Indemnity Insurance Co.*

Jeffrey S. Tindal
jtindal@selmanlaw.com
Daniel C. Heath
dheath@selmanlaw.com
Dallas W. Whiteley
dwhiteley@selmanlaw.com
SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
*Attorneys for Great Lakes Insurance, SE*

Patrick Fredette
patrick.fredette@mccormickbarstow.com
Kevin D. Hansen
kevin.hansen@mccormickbarstow.com
Maria E. Valencia
maria.valencia@mccormickbarstow.com
Nicholas H. Rasmussen
nrasmussen@mccormickbarstow.com
MCCORMICK BARSTOW LLP
    *and*
Emory C. Wogenstahl
emory@favros.com
FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC
*Attorneys for Public Service Insurance Company*

Joseph D. Hampton
joseph.hampton@bullivant.com
Danielle N. McKenzie
danielle.mckenzie@bullivant.com
BULLIVANT HOUSER BAILEY PC
*Attorneys for Colony Insurance Company*

STIPULATION FOR AND ORDER OF
DISMISSAL OF CERTAIN DEFENDANTS &
CLAIMS - 8
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1  Robert A. Meyers
   rmeyers@chartwelllaw.com
2  THE CHARTWELL LAW OFFICES, LLP
   *Attorneys for Ironshore Specialty Insurance Company* and
3  *Liberty Surplus Insurance Corporation*

4  Anthony A. Todaro
   anthony.todaro@us.dlapiper.com
5  DLP PIPER LLP (US)
   *Attorneys for Swiss Re Corporate Solutions Capacity Insurance Corporation*
6  *(fka First Specialty Insurance Corporation)*

7  Jodi A. McDougall
   jmcdougall@cozen.com
8  Dana K. Mydland
   dmydland@cozen.com
9  COZEN O'CONNOR
       *and*
10 Vannessa Pouladian
   vpouladian@cplawgrp.com
11 CP LAW GROUP
   *Attorneys for Commercial Industrial Building Owners Alliance, Inc.*

13 The foregoing is true and correct to the best of my knowledge and belief.

14 Dated this 16th day of February, 2023, at Seattle, Washington.

15                                        s/ Teresa MacDonald
                                          Teresa MacDonald

STIPULATION FOR AND ORDER OF
DISMISSAL OF CERTAIN DEFENDANTS &
CLAIMS - 9
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400