HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,

Plaintiff,

v.

PUBLIC SERVICE INSURANCE COMPANY; COMMERCIAL INDUSTRIAL BUILDING OWNERS ALLIANCE, INC. (dba CIBA Insurance Program; dba CIBA Insurance Services); GREAT LAKES INSURANCE, SE; ASPEN SPECIALTY INSURANCE COMPANY; EVEREST INDEMNITY INSURANCE COMPANY; FIRST SPECIALTY INSURANCE CORPORATION; IRONSHORE SPECIALTY INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; COLONY INSURANCE COMPANY; and DOES 1-20,

Defendants.

NO.  2:22-CV-01373 JCC

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO AMEND COMPLAINT

NOTE ON MOTION CALENDAR:
**March 3, 2023**

## I. STIPULATION

The parties herein, by and through their attorneys of record, stipulate that the Plaintiff may file its Second Amended Complaint, a redlined copy of which (without attachments) is attached hereto.

STIPULATION AND ORDER GRANTING
LEAVE TO AMEND COMPLAINT - 1
(NO. 2:22-CV-01373 JCC)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1        DATED this 3rd day of March, 2023.

2    ASHBAUGH BEAL                          SELMAN LEICHENGER EDSON HSU
                                            NEWMAN & MOORE LLP
3
     By s/ Jesse D. Miller                  By s/ Jeffrey S. Tindal
4        Jesse D. Miller, WSBA #35837          Jeffrey S. Tindal, WSBA #29286
         jmiller@ashbaughbeal.com              jtindal@selmanlaw.com
5        Zachary O. McIsaac, WSBA #35833       Daniel C. Heath, WSBA #49051
         zmcisaac@ashbaughbeal.com             dheath@selmanlaw.com
6        Counsel for Plaintiff Sixty-01        Dallas W. Whiteley, WSBA #55650
         Association of Apartment Owners       dwhiteley@selmanlaw.com
7                                              Counsel for Great Lakes Insurance, SE

8    McCORMICK BARSTOW LLP

9    By s/ Patrick Fredette
         Patrick Fredette, WSBA #25300
10       patrick.fredette@mccormickbarstow.com
         Kevin D. Hansen, *pro hac vice*
11       kevin.hansen@mccormickbarstow.com
         Maria E. Valencia, *pro hac vice*
12       maria.valencia@mccormickbarstow.com
         Nicholas H. Rasmussen, *pro hac vice*
13       nrasmussen@mccormickbarstow.com

14

15                          **II. ORDER**

16       IT IS SO ORDERED.

17       DATED this 3rd day of March 2023.

18

19

20                          John C. Coughenour
                            UNITED STATES DISTRICT JUDGE
21

22

23   ///
     ///
24

STIPULATION AND ORDER GRANTING                    **Ashbaugh Beal**
LEAVE TO AMEND COMPLAINT - 2                       701 FIFTH AVE., SUITE 4400
(NO. 2:22-CV-01373 JCC)                            SEATTLE, WA 98104
                                                   T. 206.386.5900  F. 206.344.7400

1

Presented by:

2

ASHBAUGH BEAL

3

By s/ Jesse D. Miller

4     Jesse D. Miller, WSBA #35837
      jmiller@ashbaughbeal.com

5     Zachary O. McIsaac, WSBA #35833
      zmcisaac@ashbaughbeal.com

6     Attorneys for Plaintiff

7   SELMAN LEICHENGER EDSON HSU
    NEWMAN & MOORE LLP

8

By s/ Jeffrey S. Tindal

9     Jeffrey S. Tindal, WSBA #29286
      jtindal@selmanlaw.com

10    Daniel C. Heath, WSBA #49051
      dheath@selmanlaw.com

11    Dallas W. Whiteley, WSBA #55650
      dwhiteley@selmanlaw.com

12    Counsel for Great Lakes Insurance, SE

13  MCCORMICK BARSTOW LLP

14 By s/ Patrick Fredette
      Patrick Fredette, WSBA #25300

15    patrick.fredette@mccormickbarstow.com
      Kevin D. Hansen, *pro hac vice*

16    kevin.hansen@mccormickbarstow.com
      Maria E. Valencia, *pro hac vice*

17    maria.valencia@mccormickbarstow.com
      Nicholas H. Rasmussen, *pro hac vice*

18    nrasmussen@mccormickbarstow.com

19

20

21

22

23

24

STIPULATION AND ORDER GRANTING
LEAVE TO AMEND COMPLAINT - 3
(NO. 2:22-CV-01373 JCC)

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on March 3, 2023, I electronically filed the foregoing document

3  with the Clerk of the Court using the CM/ECF system, which will send notification of such

4  filing to the following:

5          Jeffrey S. Tindal
           jtindal@selmanlaw.com
6          Daniel C. Heath
           dheath@selmanlaw.com
7          Dallas W. Whiteley
           dwhiteley@selmanlaw.com
8          SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
           *Attorneys for Great Lakes Insurance, SE*
9

           Patrick Fredette
10         patrick.fredette@mccormickbarstow.com
           Kevin D. Hansen
11         kevin.hansen@mccormickbarstow.com
           Maria E. Valencia
12         maria.valencia@mccormickbarstow.com
           Nicholas H. Rasmussen
13         nrasmussen@mccormickbarstow.com
           MCCORMICK BARSTOW LLP
14             *and*
           Emory C. Wogenstahl
15         emory@favros.com
           FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC
16         *Attorneys for Public Service Insurance Company*

17     The foregoing is true and correct to the best of my knowledge and belief.

18     Dated this 3rd day of March, 2023, at Seattle, Washington.

19                                            s/ Teresa MacDonald
20                                            Teresa MacDonald

21

22

23

24

STIPULATION AND ORDER GRANTING
LEAVE TO AMEND COMPLAINT - 4
(NO. 2:22-CV-01373 JCC)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400