THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C22-1373-JCC<br><br>ORDER |

  This matter comes before the Court on a telephonic motion brought by the CIBA Defendants.[1] On the line were counsel for the various CIBA Defendants, Defendant Public Service Insurance Company ("PSIC"), and Plaintiff Sixty-01 Association of Apartment Owners. The CIBA Defendants ask the Court for leave to file a consolidated brief opposing Plaintiff's motion for partial summary judgment (Dkt. No. 126). They further ask for leave to exceed the word/page limits described in LCR 7(e)(3). Finally, they ask to extend the noting date for Plaintiff's motion.

---

[1] The CIBA Defendants are those insurers identified in the Second Amended Complaint as participants in the Commercial Industrial Building Owners Alliance, Inc. ("CIBA") program. (*See* Dkt. No. 84 at 2–4.)

Plaintiff opposes extending the noting date but takes no position on the other requests. It does indicate, though, that if the noting date is extended, given the pending Fourth of July holiday, it would ask that its motion be re-noted to no earlier than July 21, 2023. Defendant Public Service Insurance Company takes no position.

The Court has carefully considered each parties' argument and FINDS that a single consolidated opposition brief from the CIBA Defendants is the most efficient means to address Plaintiff's motion. And given the number of parties at issue, it appears that additional time would be necessary for the CIBA Defendants to coordinate the completion of a consolidated brief.

In light of these findings, the pending Fourth of July holiday, and the resulting calendar concerns expressed by Plaintiff, the parties are INSTRUCTED as follows:

- CIBA's **consolidated** opposition brief and PSIC's stand-alone opposition brief are each due July 7, 2023.
  - CIBA's consolidated opposition brief shall be limited to 12,600 words or, if written by hand or with a typewriter, 36 pages.
  - PSIC's opposition brief is limited to 8,400 words and/or 24 pages.
- Plaintiff may file **two reply briefs** (one for CIBA and one for PSIC). Each are due July 21, 2023. They shall be limited to 4,200 words and/or 12 pages each.

The Clerk is DIRECTED to renote Plaintiff's motion for partial summary judgment (Dkt. No. 126) to July 21, 2023.

DATED this 20th day of June 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE