HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY; GREAT LAKES INSURANCE, SE; ASPEN SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; ALTERRA EXCESS & SURPLUS INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON (BRIT SYNDICATE 2987); and ARCH SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | NO. 2:22-CV-01373 JCC<br><br>NOTICE OF PARTIAL SETTLEMENT |

Plaintiff Sixty-01 Association of Apartment Owners notifies the Court that it has settled all claims against the insurers participating in the Commercial Industrial Building Owners Alliance ("CIBA") program for 2015-16, and that the settlements include the following ten

NOTICE OF PARTIAL SETTLEMENT - 1
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1  defendants: Alterra Excess & Surplus Insurance Company; Arch Specialty Insurance
2  Company; Aspen Specialty Insurance Company; Great Lakes Insurance, SE; Homeland
3  Insurance Company of New York; Indian Harbor Insurance Company; Ironshore Specialty
4  Insurance Company; Liberty Surplus Insurance Corporation; Starr Surplus Lines Insurance
5  Company; and Certain Underwriters at Lloyd's, London (Brit Syndicate 2987).

6  Settlement paperwork is currently being finalized and executed. The Association and
7  the settling defendants will file further paperwork with the Court as to settled claims and parties
8  after all settlement payments are received.

9  As a result of the recent settlements, the Association's only active claims in this lawsuit
10 are against defendant Public Service Insurance Company.

11  DATED this 6th day of December, 2023.

12  ASHBAUGH BEAL

13  By s/ Jesse D. Miller
     Jesse D. Miller, WSBA #35837
14   jmiller@ashbaughbeal.com
     Zachary O. McIsaac, WSBA #35833
15   zmcisaac@ashbaughbeal.com
     Attorneys for Plaintiff

NOTICE OF PARTIAL SETTLEMENT - 2
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Patrick Fredette
> patrick.fredette@mccormickbarstow.com
> Kevin D. Hansen
> kevin.hansen@mccormickbarstow.com
> Maria E. Valencia
> maria.valencia@mccormickbarstow.com
> Nicholas H. Rasmussen
> nrasmussen@mccormickbarstow.com
> MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
>     *and*
> Emory C. Wogenstahl
> emory@favros.com
> FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC
> *Attorneys for Public Service Insurance Company*
>
> Jeffrey S. Tindal
> jtindal@selmanlaw.com
> Daniel C. Heath
> dheath@selmanlaw.com
> SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
> *Attorneys for Great Lakes Insurance, SE*
>
> Stephania C. Denton
> dentons@lanepowell.com
> Brian T. Kiolbasa
> kiolbasab@lanepowell.com
> LANE POWELL PC
> *Attorneys for Indian Harbor Insurance Company*
>
> Timothy J. Repass
> trepass@wshblaw.com
> WOOD, SMITH, HENNING & BERMAN LLP
> *Attorneys for Certain Underwriters at Lloyd's, London (Brit Syndicate 2987)*

//

//

NOTICE OF PARTIAL SETTLEMENT - 3
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

| | |
|---|---|
| 1 | Matthew J. Sekits |
| | matthew.sekits@bullivant.com |
| 2 | Owen R. Mooney |
| | owen.mooney@bullivant.com |
| 3 | Caitlyn Mathews |
| | caitlyn.mathews@bullivant.com |
| 4 | BULLIVANT HOUSER BAILEY PC |
| | *Attorneys for Homeland Insurance Company of New York* |
| 5 | |
| | Marilee C. Erickson |
| 6 | merickson@rmlaw.com |
| | REED MCCLURE |
| 7 | *and* |
| | |
| 8 | P. Bruce Converse |
| | bconverse@dickinsonwright.com |
| 9 | DICKINSON WRIGHT PLLC |
| | *Attorneys for Alterra Excess & Surplus Lines Insurance Company (Evanston Insurance Company)* |
| 10 | |
| 11 | Michael E. Ricketts |
| | mricketts@gth-law.com |
| 12 | GORDON THOMAS HONEYWELL LLP |
| | *and* |
| 13 | Gary A. Barrera |
| | gbarrera@moundcotton.com |
| 14 | Jonathan Gross |
| | jgross@moundcotton.com |
| 15 | MOUND COTTON WOLLAN & GREENGRASS LLP |
| | *Attorneys for Starr Surplus Lines Insurance Company* |
| 16 | |
| | Gregory S. Worden |
| 17 | gregory.worden@lewisbrisbois.com |
| | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 18 | *Attorneys for Aspen Specialty Insurance Company* |
| 19 | |
| | Robert A. Meyers |
| | bmeyers@selmanlaw.com |
| 20 | SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP |
| | *Attorneys for Ironshore Specialty Insurance Company* and |
| 21 | *Liberty Surplus Insurance Corporation* |
| 22 | // |
| 23 | // |
| 24 | |

NOTICE OF PARTIAL SETTLEMENT - 4
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

| | |
|---|---|
| 1 | Robert S. May |
| | rmay@kilmerlaw.com |
| 2 | Dylan T. Becker |
| | dbecker@kilmerlaw.com |
| 3 | KILMER, VOORHEES & LAURICK, P.C. |
| | *Attorneys for Arch Specialty Insurance Company* |

The foregoing is true and correct to the best of my knowledge and belief.

Dated this 6th day of December, 2023, at Seattle, Washington.

s/ Teresa MacDonald
Teresa MacDonald

NOTICE OF PARTIAL SETTLEMENT - 5
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400