HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,

Plaintiff,

v.

PUBLIC SERVICE INSURANCE COMPANY; GREAT LAKES INSURANCE, SE; ASPEN SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; ALTERRA EXCESS & SURPLUS INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON (BRIT SYNDICATE 2987); and ARCH SPECIALTY INSURANCE COMPANY,

Defendants.

NO. 2:22-CV-01373 JCC

STIPULATION REQUESTING EXTENSION OF DISCOVERY CUTOFF AND RELATED DEADLINES

NOTE ON MOTION CALENDAR:
**December 7, 2023**

//

//

//

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

## I. STIPULATION

The Association and defendant Public Service Insurance Company ("PSIC")[1] have conferred regarding the deadlines set forth in the Court's Civil Trial Scheduling Order (Dkt. # 94). In light of the trial in this case currently being stayed (Dkt. # 155), and the currently unresolved discovery issues associated with PSIC's documents (Dkt. # 154), the parties are in agreement that it makes sense to extend the current discovery cutoff and discovery-related deadlines. Specifically, the parties request a 120-day extension of the current discovery cutoff, such that the amended deadlines would be as follows:

| **Date** | **Event** |
|---|---|
| March 15, 2024 | Last day to disclose expert witnesses |
| April 5, 2024 | Last day to submit expert disclosure rebuttals |
| April 24, 2024 | Deadline to file discovery-related motions |
| April 24, 2024 | Discovery cutoff |

DATED this 7th day of December, 2023.

ASHBAUGH BEAL

By s/ Jesse D. Miller
Jesse D. Miller, WSBA #35837
jmiller@ashbaughbeal.com
Zachary O. McIsaac, WSBA #35833
zmcisaac@ashbaughbeal.com
Attorneys for Plaintiff

MCCORMICK BARSTOW, LLP

By s/ Nicholas H. Rasmussen
Patrick Fredette, WSBA #25300
patrick.fredette@mccormickbarstow.com
Kevin D. Hansen, *pro hac vice*
kevin.hansen@mccormickbarstow.com
Maria E. Valencia, *pro hac vice*
maria.valencia@mccormickbarstow.com
Nicholas H. Rasmussen, *pro hac vice*
nrasmussen@mccormickbarstow.com
Attorneys for Defendant Public Service Insurance Company

///

[1] Pursuant to the Notice of Partial Settlement recently filed with the Court (Dkt. # 165), PSIC is the only remaining defendant with active claims against it.

## II. ORDER

IT IS SO ORDERED.

DATED this 8th day of December 2023.

JUDGE JOHN C. COUGHENOUR
United States District Judge

Presented by:

ASHBAUGH BEAL

By s/ Jesse D. Miller
Jesse D. Miller, WSBA #35837
jmiller@ashbaughbeal.com
Zachary O. McIsaac, WSBA #35833
zmcisaac@ashbaughbeal.com
Attorneys for Plaintiff

MCCORMICK BARSTOW, LLP

By s/ Nicholas H. Rasmussen
Patrick Fredette, WSBA #25300
patrick.fredette@mccormickbarstow.com
Kevin D. Hansen, *pro hac vice*
kevin.hansen@mccormickbarstow.com
Maria E. Valencia, *pro hac vice*
maria.valencia@mccormickbarstow.com
Nicholas H. Rasmussen, *pro hac vice*
nrasmussen@mccormickbarstow.com
Attorneys for Defendant Public Service Insurance Company

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patrick Fredette
patrick.fredette@mccormickbarstow.com
Kevin D. Hansen
kevin.hansen@mccormickbarstow.com
Maria E. Valencia
maria.valencia@mccormickbarstow.com
Nicholas H. Rasmussen
nrasmussen@mccormickbarstow.com
MCCORMICK BARSTOW, LLP

*and*

Emory C. Wogenstahl
emory@favros.com
FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC
*Attorneys for Public Service Insurance Company*

Jeffrey S. Tindal
jtindal@selmanlaw.com
Daniel C. Heath
dheath@selmanlaw.com
SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
*Attorneys for Great Lakes Insurance, SE*

Stephania C. Denton
dentons@lanepowell.com
Brian T. Kiolbasa
kiolbasab@lanepowell.com
LANE POWELL PC
*Attorneys for Indian Harbor Insurance Company*

Timothy J. Repass
trepass@wshblaw.com
WOOD, SMITH, HENNING & BERMAN LLP
*Attorneys for Certain Underwriters at Lloyd's, London (Brit Syndicate 2987)*

//

//

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

Matthew J. Sekits
matthew.sekits@bullivant.com
Owen R. Mooney
owen.mooney@bullivant.com
Caitlyn Mathews
caitlyn.mathews@bullivant.com
BULLIVANT HOUSER BAILEY PC
*Attorneys for Homeland Insurance Company of New York*

Marilee C. Erickson
merickson@rmlaw.com
REED MCCLURE
*and*
P. Bruce Converse
bconverse@dickinsonwright.com
DICKINSON WRIGHT PLLC
*Attorneys for Alterra Excess & Surplus Lines Insurance Company (Evanston Insurance Company)*

Michael E. Ricketts
mricketts@gth-law.com
GORDON THOMAS HONEYWELL LLP
*and*
Gary A. Barrera
gbarrera@moundcotton.com
Jonathan Gross
jgross@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
*Attorneys for Starr Surplus Lines Insurance Company*

Gregory S. Worden
gregory.worden@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorneys for Aspen Specialty Insurance Company*

Robert A. Meyers
bmeyers@selmanlaw.com
SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP
*Attorneys for Ironshore Specialty Insurance Company* and *Liberty Surplus Insurance Corporation*

//

//

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

Robert S. May
rmay@kilmerlaw.com
Dylan T. Becker
dbecker@kilmerlaw.com
KILMER, VOORHEES & LAURICK, P.C.
*Attorneys for Arch Specialty Insurance Company*

The foregoing is true and correct to the best of my knowledge and belief.

Dated this 7th day of December, 2023, at Seattle, Washington.

s/ Teresa MacDonald
Teresa MacDonald

STIPULATION RE EXTENSION OF DISCOVERY CUTOFF - 6
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400