HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY; GREAT LAKES INSURANCE, SE; ASPEN SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; ALTERRA EXCESS & SURPLUS INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON (BRIT SYNDICATE 2987); and ARCH SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | NO.  2:22-CV-01373 JCC<br><br>STIPULATION FOR AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN DEFENDANTS & CLAIMS<br><br>NOTE ON MOTION CALENDAR:<br>**January 16, 2024** |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties signing below that based on settlements that have been achieved between the parties, all claims related to the insurers (and

STIP. FOR AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN DEFS/CLAIMS - 1
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

property insurance policies) that insured plaintiff Sixty-01 Association of Apartment Owners ("Association") through the Commercial Industrial Building Owners Alliance ("CIBA") program for the period of time commencing on March 31, 2015, that were or could have been filed in this action should be dismissed with prejudice and without an award of costs.

The following defendants may be dismissed with prejudice and without an award of costs:

- Alterra Excess & Surplus Insurance Company and/or Evanston Insurance Company, successor in interest by merger with Alterra Excess & Surplus Insurance Company ("Evanston");
- Arch Specialty Insurance Company;
- Aspen Specialty Insurance Company;
- Great Lakes Insurance, SE;
- Homeland Insurance Company of New York;
- Indian Harbor Insurance Company;
- Ironshore Specialty Insurance Company;
- Liberty Surplus Insurance Corporation;
- Starr Surplus Lines Insurance Company; and
- Certain Underwriters at Lloyd's, London (Brit Syndicate 2987).

//
//
//

STIP. FOR AND [PROPOSED] ORDER OF
DISMISSAL OF CERTAIN DEFS/CLAIMS - 2
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

Plaintiff's claims remain intact against defendant Public Service Insurance Company.

DATED this 16th day of January, 2024.

| ASHBAUGH BEAL | WOOD, SMITH, HENNING & BERMAN LLP |
|---|---|
| By s/ Jesse D. Miller<br>Jesse D. Miller, WSBA #35837<br>jmiller@ashbaughbeal.com<br>Zachary O. McIsaac, WSBA #35833<br>zmcisaac@ashbaughbeal.com<br>Counsel for Plaintiff Sixty-01<br>Association of Apartment Owners | By s/ Timothy J. Repass<br>Timothy J. Repass, WSBA #38373<br>trepass@wshblaw.com<br>Counsel for Defendant Certain Underwriters at Lloyd's, London (Brit Syndicate 2987, under Policy No. PD-10157,01) |
| LANE POWELL PC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By s/ Stephania C. Denton<br>Stephania C. Denton, WSBA #21920<br>dentons@lanepowell.com<br>Counsel for Defendant Indian Harbor Insurance Company | By s/ Gregory S. Worden<br>Gregory S. Worden, WSBA #24262<br>gregory.worden@lewisbrisbois.com<br>Counsel for Defendant Aspen Specialty Insurance Company |
| SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP | SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP |
| By s/ Jeffrey S. Tindal<br>Jeffrey S. Tindal, WSBA #29286<br>jtindal@selmanlaw.com<br>Daniel C. Heath, WSBA #49051<br>dheath@selmanlaw.com<br>Counsel for Defendant Great Lakes Insurance, SE | By s/ Robert A. Meyers<br>Robert A. Meyers, WSBA #24846<br>bmeyers@selmanlaw.com<br>Counsel for Defendants Ironshore Specialty Insurance Company *and* Liberty Surplus Insurance Corporation |
| GORDON THOMAS HONEYWELL LLP | KILMER, VOORHEES & LAURICK, P.C. |
| By s/ Michael E. Ricketts<br>Michael E. Ricketts, WSBA #9387<br>mricketts@gth-law.com<br>Counsel for Defendant Starr Surplus Lines Insurance Company | By s/ Robert S. May<br>Robert S. May, WSBA #36116<br>rmay@kilmerlaw.com<br>Dylan T. Becker, WSBA #38023<br>dbecker@kilmerlaw.com<br>Counsel for Defendant Arch Specialty Insurance Company |

//

//

STIP. FOR AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN DEFS/CLAIMS - 3
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

| | |
|---|---|
| BULLIVANT HOUSER BAILEY PC | REED MCCLURE |
| By s/ Matthew J. Sekits | By s/ Marilee C. Erickson |
| Matthew J. Sekits, WSBA #26175<br>matthew.sekits@bullivant.com<br>Owen R. Mooney, WSBA #45779<br>owen.mooney@bullivant.com<br>Caitlyn Mathews, WSBA #60055<br>caitlyn.mathews@bullivant.com<br>Counsel for Defendant Homeland Insurance Company of New York | Marilee C. Erickson, WSBA #16144<br>merickson@rmlaw.com<br>Counsel for Defendant Alterra Excess & Surplus Insurance Company and/or Evanston Insurance Company, successor in interest by merger with Alterra Excess & Surplus Insurance Company ("Evanston") |

### ORDER OF DISMISSAL

This matter came before the Court on the parties' stipulation for dismissal of certain defendants and claims. On the basis of the parties' above stipulation, the Court hereby DISMISSES the following claims and parties with prejudice and without an award of costs:

1. All claims related to the Association's insurance through the CIBA program for the period of time commencing on March 31, 2015;

2. Alterra Excess & Surplus Insurance Company and/or Evanston Insurance Company, successor in interest by merger with Alterra Excess & Surplus Insurance Company ("Evanston");

3. Arch Specialty Insurance Company;

4. Aspen Specialty Insurance Company;

5. Great Lakes Insurance, SE;

6. Homeland Insurance Company of New York;

7. Indian Harbor Insurance Company;

8. Ironshore Specialty Insurance Company;

9. Liberty Surplus Insurance Corporation;

STIP. FOR AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN DEFS/CLAIMS - 4
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

10. Starr Surplus Lines Insurance Company; and

11. Certain Underwriters at Lloyd's, London (Brit Syndicate 2987).

DATED this 17th day of January 2024.

_____
Judge John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

ASHBAUGH BEAL

By s/ Jesse D. Miller
    Jesse D. Miller, WSBA #35837
    jmiller@ashbaughbeal.com
    Zachary O. McIsaac, WSBA #35833
    zmcisaac@ashbaughbeal.com
    Counsel for Plaintiff Sixty-01
    Association of Apartment Owners

WOOD, SMITH, HENNING & BERMAN LLP

By s/ Timothy J. Repass
    Timothy J. Repass, WSBA #38373
    trepass@wshblaw.com
    Counsel for Def. Certain Underwriters
    at Lloyd's, London (Brit Syndicate 2987,
    under Policy No. PD-10157,01)

LANE POWELL PC

By s/ Stephania C. Denton
    Stephania C. Denton, WSBA #21920

STIP. FOR AND [PROPOSED] ORDER OF
DISMISSAL OF CERTAIN DEFS/CLAIMS - 5
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1      dentons@lanepowell.com
       Counsel for Def. Indian Harbor Ins. Co.

2
       ///
3    LEWIS BRISBOIS BISGAARD & SMITH LLP

4    By s/ Gregory S. Worden
       Gregory S. Worden, WSBA #24262
5      gregory.worden@lewisbrisbois.com
       Counsel for Def. Aspen Specialty Ins. Co.
6
     SELMAN LEICHENGER EDSON HSU NEWMAN &
7    MOORE LLP

8    By s/ Jeffrey S. Tindal
       Jeffrey S. Tindal, WSBA #29286
9      jtindal@selmanlaw.com
       Daniel C. Heath, WSBA #49051
10     dheath@selmanlaw.com
       Counsel for Def. Great Lakes Ins., SE
11
     SELMAN LEICHENGER EDSON HSU NEWMAN &
12   MOORE LLP

13   By s/ Robert A. Meyers
       Robert A. Meyers, WSBA #24846
14     bmeyers@selmanlaw.com
       Counsel for Defs. Ironshore Specialty
15     Ins. Co. *and* Liberty Surplus Ins. Corp.

16   GORDON THOMAS HONEYWELL LLP

17   By s/ Michael E. Ricketts
       Michael E. Ricketts, WSBA #9387
18     mricketts@gth-law.com
       Counsel for Def. Starr Surplus Lines Ins.
19     Co.

20   REED MCCLURE

21   By s/ Marilee C. Erickson
       Marilee C. Erickson, WSBA #16144
22     merickson@rmlaw.com
       Counsel for Alterra Excess & Surplus
23     Ins. Co. and/or Evanston Ins. Co.,
       successor in interest by merger with
24

STIP. FOR AND [PROPOSED] ORDER OF
DISMISSAL OF CERTAIN DEFS/CLAIMS - 6
(NO. 2:22-CV-01373 JCC)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1     Alterra Excess & Surplus Ins. Co. ("Evanston")

2

///

3 KILMER, VOORHEES & LAURICK, P.C.

4 By s/ Robert S. May
    Robert S. May, WSBA #36116
5     rmay@kilmerlaw.com
    Dylan T. Becker, WSBA #38023
6     dbecker@kilmerlaw.com
    Counsel for Def. Arch Specialty Ins. Co.
7

BULLIVANT HOUSER BAILEY PC
8

By s/ Matthew J. Sekits
9     Matthew J. Sekits, WSBA #26175
    matthew.sekits@bullivant.com
10     Owen R. Mooney, WSBA #45779
    owen.mooney@bullivant.com
11     Caitlyn Mathews, WSBA #60055
    caitlyn.mathews@bullivant.com
12     Counsel for Def. Homeland Ins. Co.
    of New York

13

14

15

16

17

18

19

20

21

22

23

24

STIP. FOR AND [~~PROPOSED~~] ORDER OF DISMISSAL OF CERTAIN DEFS/CLAIMS - 7
(NO. 2:22-CV-01373 JCC)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Patrick Fredette
> patrick.fredette@mccormickbarstow.com
> Kevin D. Hansen
> kevin.hansen@mccormickbarstow.com
> Maria E. Valencia
> maria.valencia@mccormickbarstow.com
> Nicholas H. Rasmussen
> nrasmussen@mccormickbarstow.com
> MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
>    *and*
> Emory C. Wogenstahl
> emory@favros.com
> FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC
> *Attorneys for Public Service Insurance Company*
>
> Jeffrey S. Tindal
> jtindal@selmanlaw.com
> Daniel C. Heath
> dheath@selmanlaw.com
> SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
> *Attorneys for Great Lakes Insurance, SE*
>
> Stephania C. Denton
> dentons@lanepowell.com
> Brian T. Kiolbasa
> kiolbasab@lanepowell.com
> LANE POWELL PC
> *Attorneys for Indian Harbor Insurance Company*
>
> Timothy J. Repass
> trepass@wshblaw.com
> WOOD, SMITH, HENNING & BERMAN LLP
> *Attorneys for Certain Underwriters at Lloyd's, London (Brit Syndicate 2987)*

//

//

STIP. FOR AND [~~PROPOSED~~] ORDER OF
DISMISSAL OF CERTAIN DEFS/CLAIMS - 8
(NO. 2:22-CV-01373 JCC)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

Matthew J. Sekits
matthew.sekits@bullivant.com
Owen R. Mooney
owen.mooney@bullivant.com
Caitlyn Mathews
caitlyn.mathews@bullivant.com
BULLIVANT HOUSER BAILEY PC
*Attorneys for Homeland Insurance Company of New York*

Marilee C. Erickson
merickson@rmlaw.com
REED MCCLURE
   *and*

P. Bruce Converse
bconverse@dickinsonwright.com
DICKINSON WRIGHT PLLC
*Attorneys for Alterra Excess & Surplus Lines Insurance Company (Evanston Insurance Company)*

Michael E. Ricketts
mricketts@gth-law.com
GORDON THOMAS HONEYWELL LLP
   *and*

Gary A. Barrera
gbarrera@moundcotton.com
Jonathan Gross
jgross@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
*Attorneys for Starr Surplus Lines Insurance Company*

Gregory S. Worden
gregory.worden@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorneys for Aspen Specialty Insurance Company*

Robert A. Meyers
bmeyers@selmanlaw.com
SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP
*Attorneys for Ironshore Specialty Insurance Company* and *Liberty Surplus Insurance Corporation*

//

//

STIP. FOR AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN DEFS/CLAIMS - 9
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

      Robert S. May
rmay@kilmerlaw.com
Dylan T. Becker
dbecker@kilmerlaw.com
KILMER, VOORHEES & LAURICK, P.C.
*Attorneys for Arch Specialty Insurance Company*

The foregoing is true and correct to the best of my knowledge and belief.

Dated this 16th day of January, 2024, at Seattle, Washington.

                        s/ Teresa MacDonald
                        Teresa MacDonald

STIP. FOR AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN DEFS/CLAIMS - 10
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400