THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,<br><br>                    Plaintiff,<br>        v.<br><br>PUBLIC SERVICE INSURANCE COMPANY, *et al.*,<br><br>                    Defendants. | CASE NO. C22-1373-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice (Dkt. No. 171) regarding the parties' discovery impasse. Based on the notice and the supporting declaration, the Court finds good cause to review *in camera* documents Plaintiff selected. (*See id.* at 12–13.) Accordingly, Defendant Public Service Insurance Company is DIRECTED to file those documents *ex parte* and under seal with the Court, through its CM/ECF system. A motion to maintain the documents under seal is not necessary.

//

//

//

MINUTE ORDER
C22-1373-JCC
PAGE - 1

DATED this 17th day of January 2024.

    Ravi Subramanian
    Clerk of Court

    s/Kathleen Albert
    Deputy Clerk