THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,<br><br>      Plaintiff,<br>  v.<br><br>PUBLIC SERVICE INSURANCE COMPANY, *et al.*,<br><br>      Defendants. | CASE NO. C22-1373-JCC<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    Consistent with a need to perform an *in camera* review, (*see* Dkt. No. 164), the Court instructed Defendant Public Service Insurance Company ("PSIC") to file certain documents *ex parte* and under seal, (*see* Dkt. No. 174), which it did shortly thereafter, (*see* Dkt. No. 177). The Court has completed its initial review and requires additional information regarding certain claim note entries posted by Michael Dubyk. Specifically, the Court requires an explanation of the following for each entry: (a) abbreviation(s) used, (b) PSIC and/or Mr. Dubyk's relationship to referenced individuals, (c) the source, *i.e.*, author (if not Mr. Dubyk), and (d) the intended audience. This applies to each entry located at bates numbers 1223–1240. (*See* Dkt. No. 177-4 at 19–36). PSIC is DIRECTED to submit this information to the Court *ex parte* and under seal,

through the CM/ECF system, within seven (7) days of this order. A motion to maintain the submission under seal is not necessary.

DATED this 7th day of February 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk