The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY; GREAT LAKES INSURANCE, SE; ASPEN SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE COMPANY; ALTERRA EXCESS & SURPLUS INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON (BRIT SYNDICATE 2987); and ARCH SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 2:22-cv-01373-JCC<br><br>**STIPULATION REQUESTING EXTENSION OF DISCOVERY CUTOFF AND RELATED DEADLINES and PROPOSED ORDER** |

Stipulation Requesting Extension of Discovery Cutoff
and Related Deadlines
(No. 2:22-cv-01373 JCC)

- 1

McCormick Barstow, LLP
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
(513) 62-7520

## I.  STIPULATION

Defendant Public Service Insurance Company ("PSIC") and Plaintiff Sixty-01 Association of Apartment Owners ("Association") have conferred regarding the discovery deadlines previously stipulated to (Dkt. #166), and as amended by the Court on December 8, 2023 (Dkt. #167). In light of the current stay and lack of a trial date, the parties are in agreement that it is in the best interest of both parties to extend all current discovery deadlines by sixty (60) days. Accordingly, the parties propose and agree to amend the deadlines, as follows:

| **Date** | **Event** |
|---|---|
| May 14, 2024 | Last day to disclose expert witnesses |
| June 4, 2024 | Last day to submit expert disclosure rebuttals |
| June 24, 2024 | Deadline to file discovery-related motions |
| June 24, 2024 | Discovery cutoff |

DATED: March 12, 2024

Ashbaugh Beal

By: /s/ *Jesse D. Miller*
Jesse D. Miller, WSBA #35837
jmiller@ashbaughbeal.com
Zachary O. McIsaac, WSBA #35833
zmcisaac@ashbaughbeal.com
Attorneys for Plaintiff

McCORMICK BARSTOW LLP

By: /s/ *Patrick Fredette*
Patrick Fredette, WSBA #25300
patrick.fredette@mccormickbarstow.com
Kevin D. Hansen, *pro hac vice*
kevin.hansen@mccormickbarstow.com
Maria E. Valencia, *pro hac vice*
maria.valencia@mccormickbarstow.com
Nicholas H. Rasmussen, *pro hac vice*
nrasmussen@mccormickbarstow.com
Attorneys for Defendant Public Service Insurance Company

Stipulation Requesting Extension of Discovery Cutoff and Related Deadlines
(No. 2:22-cv-01373 JCC)

McCormick Barstow, LLP
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
(513) 762-7520

- 2

## II. ORDER

Having considered the stipulation and facts therein, the Court hereby grants the stipulated extension of all pending discovery deadlines.

IT IS SO ORDERED

DATED this 13th day of March, 2024.

_____
JUDGE JOHN C. COUGHENOUR
United States Distrct Judge

Presented by:

| ASHBAUGH BEAL | McCORMICK BARSTOW LLP |
|---|---|
| By:/s/ *Jesse D. Miller* | By: */s/ Patrick Fredette* |
| Jesse D. Miller, WSBA #35837 | Patrick Fredette, WSBA #25300 |
| jmiller@ashbaughbeal.com | patrick.fredette@mccormickbarstow.com |
| Zachary O. McIsaac, WSBA #35833 | Kevin D. Hansen, *pro hac vice* |
| zmcisaac@ashbaughbeal.com | kevin.hansen@mccormickbarstow.com |
| Attorneys for Plaintiff | Maria E. Valencia, *pro hac vice* |
|  | maria.valencia@mccormickbarstow.com |
| 701 Fifth Avenue, Suite 4400 | Nicholas H. Rasmussen, *pro hac vice* |
| Seattle, WA 98104 |  |
|  | nicholas.rasmussen@mccormickbarstow.com |
|  | Attorneys for Defendant Public Service Insurance Company |
|  | Scripps Center, Suite 1050 |
|  | 312 Walnut Street |
|  | Cincinnati, Ohio 45202 |

9741194.1

Stipulation Requesting Extension of Discovery Cutoff
and Related Deadlines
(No. 2:22-cv-01373 JCC)

- 3

McCormick Barstow, LLP
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
(513) 762-7520

**PROOF OF SERVICE**

**Sixty-01 Association of Apartment Owners v. Public Service Ins. Co.
Case No. 22-cv-01373-JCC**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On March 12, 2024, I served true copies of the following document(s) described as **STIPULATION REQUESTING EXTENSION OF DISCOVERY CUTOFF AND RELATED DEADLINES and PROPOSED ORDER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 12, 2024, at Fresno, California.

_____
Heather Ward

---

Stipulation Requesting Extension of Discovery Cutoff
and Related Deadlines
(No. 2:22-cv-01373 JCC)

McCormick Barstow, LLP
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
(513) 762-7520

**SERVICE LIST**
**Sixty-01 Association of Apartment Owners v. Public Service Ins. Co.**
Case No. 22-cv-01373-JCC

| | |
|---|---|
| Jesse D. Miller<br>JMiller@ashbaughbeal.com<br>Teresa MacDonald<br>TMacDonald@ashbaughbeal.com<br>Ambyr Swenson<br>aswenson@ashbaughbeal.com<br>Zach O McIsaac<br>zmcisaac@ashbaughbeal.com | Attorneys for Sixty-01 Association of Apartment Owners |
| Robert A. Meyers<br>bmeyers@selmanlaw.com<br>Dallas W. Whiteley<br>dwhiteley@selmanlaw.com<br>Daniel C. Heath<br>dheath@selmanlaw.com<br>Jeffrey S. Tindal<br>jtindal@selmanlaw.com | Attorneys for Great Lakes Insurance SE |
| P Bruce Converse<br>bconverse@dickinsonwright.com<br>Marilee C. Erickson<br>merickson@rmlaw.com<br>Martha Voth<br>mvoth@rmlaw.com<br>Angelina de Caracena<br>adecaracena@rmlaw.com | Attorneys for Alterra Excess & Surplus Ins. Co, |
| Stephania Denton<br>Dentos@lanepowell.com<br>Brian Kiolbasa<br>Kiolbasab@lanepowell.com<br>Sharlee Nichol<br>NicholS@LanePowell.com<br>Lou Rosenkranz<br>RosenkranzL@LanePowell.com | Attorneys for Indian Harbor Ins. Co. |

Stipulation Requesting Extension of Discovery Cutoff and Related Deadlines
(No. 2:22-cv-01373 JCC)

-

McCormick Barstow, LLP
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
(513) 762-7520

| | | |
|---|---|---|
| 1 | Michael Edward Ricketts<br>mricketts@gth-law.com | Attorneys for Starr Surplus Line Ins. Co. |
| 2 | Lynne Crane<br>lcrane@gth-law.com | |
| 3 | | |
| 4 | | |
| 5 | Matthew J Sekits<br>matthew.sekits@bullivant.com | Attorneys for Homeland Ins. Co. of New York |
| 6 | Owen Richard Mooney<br>owen.mooney@bullivant.com | |
| 7 | Tonyha Davies<br>tonyha.davies@bullivant.com | |
| 8 | Caitlyn Mathews<br>caitlyn.matthews@bullivant.com | |
| 9 | Freida Mason<br>freida.mason@bullivant.com | |
| 10 | Genevieve Schmidt<br>genevieve.schmidt@bullivant.com | |
| 11 | Kristin Anderson<br>kristin.anderson@bullivant.com | |
| 12 | | |
| 13 | | |
| 14 | Timothy John Repass<br>trepass@wshblaw.com | Attorneys for Certain Underwriters at Lloyd's, London (Brit Syndicate 2987) |
| 15 | rfaulds@wshblaw.com | |
| 16 | | |
| 17 | Robert S May<br>rmay@kilmerlaw.com | Attorneys for Arch Specialty Ins. Co. |
| 18 | Gary A. Barrera<br>gbarrera@moundcotton.com | Attorneys for Starr Surplus Line Ins. Co. |
| 19 | Jonathan Gross<br>jgross@moundcotton.com | |
| 20 | Michael Edward Ricketts<br>mricketts@gth-law.com | |
| 21 | Anrea Wei<br>awei@moundcotton.com | |
| 22 | Kelly McAndrews<br>kmcandrews@moundcotton.com | |
| 23 | | |
| 24 | Dylan T. Becker<br>dbecker@kilmerlaw.com | Attorneys for Arch Specialty Ins. Co. |
| 25 | | |
| 26 | | |
| 27 | | |

Stipulation Requesting Extension of Discovery Cutoff
and Related Deadlines
(No. 2:22-cv-01373 JCC)

-

McCormick Barstow, LLP
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
(513) 762-7520

| | |
|---|---|
| 1  Grace Kositzky | Attorneys for Aspen Specialty Insurance Co. |
|    grace.kositzky@lewisbrisbois.com | |
| 2  Gregory S. Worden | |
|    gregory.worden@lewisbrisbois.com | |

Stipulation Requesting Extension of Discovery Cutoff
and Related Deadlines
(No. 2:22-cv-01373 JCC)

McCormick Barstow, LLP
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
(513) 762-7520

-