THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>PUBLIC SERVICE INSURANCE COMPANY, *et al.*,<br><br>　　　　　　　　　Defendants. | CASE NO. C22-1373-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of a decision in *The Gardens Condominium v. Farmers Insurance Exchange*, Wash. Supreme Court Case No. 101892-4. In light of this decision, the parties are DIRECTED to file a joint status report within 14 days, proposing a revised case management schedule, including a deadline for dispositive motions, along with three alternative trial dates amenable to both parties. The report should also include an estimate of the days needed for trial.

//

//

//

MINUTE ORDER
C22-1373-JCC
PAGE - 1

1  DATED this 25th day of March 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk