HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY; *et al.*,<br><br>Defendants. | NO.  2:22-CV-01373 JCC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER RE DISCOVERY DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>**July 15, 2024** |

## I. STIPULATION

The Association and defendant Public Service Insurance Company have conferred regarding the deadlines set forth in the Court's Civil Trial Scheduling Order (Dkt. # 186). The parties are mediating this dispute on August 1, 2024, and agree that it makes sense to extend the current discovery cutoff and to set other discovery-related deadlines. Specifically, the parties request a 29-day extension of the current discovery cutoff, such that the discovery-related deadlines would be as follows:

| Date | Event |
|---|---|
| September 20, 2024 | Last day to disclose expert witnesses/reports |
| October 11, 2024 | Last day to submit expert disclosure rebuttal reports |

STIPULATED MOTION AND ORDER RE
DISCOVERY DEADLINES - 1
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal LLP
920 5th AVE SUITE 3400
SEATTLE, WA 98104
T.206.386.5900 F. 206.344.7400

| | | |
|---|---|---|
| 1 | November 5, 2024 | Deadline to file discovery-related motions |
| 2 | November 5, 2024 | Discovery cutoff |

All other deadlines and dates on the Court's Civil Trial Scheduling Order (Dkt. # 186) would remain unchanged.

DATED this 15th day of July, 2024.

| ASHBAUGH BEAL | MCCORMICK BARSTOW, LLP |
|---|---|
| By s/ Jesse D. Miller | By s/ Kevin D. Hansen |
| Jesse D. Miller, WSBA #35837 | Patrick Fredette, WSBA #25300 |
| jmiller@ashbaughbeal.com | patrick.fredette@mccormickbarstow.com |
| Zachary O. McIsaac, WSBA #35833 | Kevin D. Hansen, *pro hac vice* |
| zmcisaac@ashbaughbeal.com | kevin.hansen@mccormickbarstow.com |
| Attorneys for Plaintiff | Maria E. Valencia, *pro hac vice* |
| | maria.valencia@mccormickbarstow.com |
| | Nicholas H. Rasmussen, *pro hac vice* |
| | nrasmussen@mccormickbarstow.com |
| | Attorneys for Defendant Public Service Insurance Company |

## II. ORDER

IT IS SO ORDERED.

DATED this 15th day of July 2024.

*[signature]*

JUDGE JOHN C. COUGHENOUR
United States District Judge

///

STIPULATED MOTION AND ORDER RE
DISCOVERY DEADLINES - 2
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal LLP
920 5th AVE SUITE 3400
SEATTLE, WA 98104
T.206.386.5900 F. 206.344.7400

1  Presented by:

2  ASHBAUGH BEAL                                McCORMICK BARSTOW, LLP

3  By s/ Jesse D. Miller                        By s/ Kevin D. Hansen
      Jesse D. Miller, WSBA #35837                  Patrick Fredette, WSBA #25300
4     jmiller@ashbaughbeal.com                      patrick.fredette@mccormickbarstow.com
      Zachary O. McIsaac, WSBA #35833               Kevin D. Hansen, *pro hac vice*
5     zmcisaac@ashbaughbeal.com                     kevin.hansen@mccormickbarstow.com
      Attorneys for Plaintiff                       Maria E. Valencia, *pro hac vice*
6                                                   maria.valencia@mccormickbarstow.com
                                                    Nicholas H. Rasmussen, *pro hac vice*
7                                                   nrasmussen@mccormickbarstow.com
                                                 Attorneys for Defendant Public Service
8                                                Insurance Company

STIPULATED MOTION AND ORDER RE                   Ashbaugh Beal LLP
DISCOVERY DEADLINES - 3                          920 5th AVE SUITE 3400
(NO. 2:22-CV-01373 JCC)                          SEATTLE, WA 98104
                                                 T.206.386.5900 F. 206.344.7400

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Patrick Fredette
>patrick.fredette@mccormickbarstow.com
>Kevin D. Hansen
>kevin.hansen@mccormickbarstow.com
>Maria E. Valencia
>maria.valencia@mccormickbarstow.com
>Nicholas H. Rasmussen
>nrasmussen@mccormickbarstow.com
>MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
>    *and*
>Emory C. Wogenstahl
>emory@favros.com
>FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC
>*Attorneys for Public Service Insurance Company*

The foregoing is true and correct to the best of my knowledge and belief.

Dated this 15th day of July, 2024, at Seattle, Washington.

>                        s/ Teresa MacDonald
>                        Teresa MacDonald

STIPULATED MOTION AND ORDER RE
DISCOVERY DEADLINES - 4
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal LLP
920 5th AVE SUITE 3400
SEATTLE, WA 98104
T.206.386.5900 F. 206.344.7400