THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,<br><br>      Plaintiff,<br> v.<br><br>PUBLIC SERVICE INSURANCE COMPANY, *et al.*,<br><br>      Defendants. | CASE NO. C22-1373-JCC<br><br>MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

   This matter comes before the Court on the following: Plaintiff's objections to Defendant Public Service Insurance Company ("PSIC") notice of withdrawal (Dkt. No. 202), PSIC's motion to withdraw (Dkt. No. 204), and PSIC's emergency motion for an extension of time (Dkt. No. 206). In light of upcoming deadlines in this matter, the Court revises the briefing schedule for PSIC's motion to withdraw and for an extension of time. Plaintiff's response to each is due October 10, 2024. PSIC's reply to each is due October 11, 2024. The Clerk is DIRECTED to renote Docket Numbers 204 and 206 to October 11, 2024.

//

//

MINUTE ORDER
C22-1373-JCC
PAGE - 1

DATED this 8th day of October 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk