THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,<br><br>                      Plaintiff,<br>   v.<br><br>PUBLIC SERVICE INSURANCE COMPANY, *et al.*,<br><br>                      Defendants. | CASE NO. C22-1373-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This minute order follows a telephonic appearance by the following counsel in this matter: Jesse Miller and Zachary McIsaac from Ashbaugh Beal LLP (representing Plaintiff), and Teri Sutton and Kristen Perkins (*pro hac vice* pending) of Kennedys CMK LLP (representing Defendant Public Service Insurance Company). During that call, the Court, through its law clerk, informed the parties that the briefing deadlines on Plaintiff's second motion for partial summary judgment (Dkt. No. 196) and its motion for a protective order (Dkt. No. 198) are stayed, pending disposition of Defendant Public Service Insurance Company's motion to withdraw (Dkt. No. 204) and its emergency motion for an extension of time (Dkt. No. 206). The expedited briefing schedule for docket numbers 204 and 206 is as provided in the Court's prior minute order (Dkt.

MINUTE ORDER
C22-1373-JCC
PAGE - 1

No. 207). Once the Court disposes of docket numbers 204 and 206, the Court will issue a revised briefing schedule for Plaintiff's pending motions (Dkt. Nos. 196, 198) and, if warranted, a revised case management schedule.

DATED this 8th day of October 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk