THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   SIXTY-01 ASSOCIATION OF
10   APARTMENT OWNERS,

                    Plaintiff,
11

12        v.

13   PUBLIC SERVICE INSURANCE
     COMPANY, *et al.*,
14

15                   Defendants.

16

CASE NO. C22-1373-JCC

ORDER

17

18        In light of various pending deadlines in this matter, the Court recently expedited the

19   briefing schedule for Defendant Public Service Insurance Company's ("PSIC") motions to

20   withdraw (Dkt. No. 204) and for relief from certain deadlines (Dkt. No. 206). (*See* Dkt. No. 207.)

21   Plaintiff timely filed it response October 10, 2024. (*See* Dkt. No. 212.) PSIC's response is due

22   today, October 11, 2024. (*Id.*; *see also* Dkt. No. 209) (staying certain briefing deadlines). PSIC,

23   through an emergency motion, asks for relief from this October 11, 2024, deadline. (*See* Dkt. No.

24   214). In support, PSIC cites the size and complexity of Plaintiff's response, along with the

25   impact of the Yom Kippur holiday, on its ability to review and prepare an adequate reply. (*Id.* at

26

2.) Finding good cause,[1] PSIC's request (Dkt. No. 214) is GRANTED. It may file its reply brief

on October 14, 2024.

DATED this 11th day of October 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] The Court reaches this finding as an exercise in its authority to modify scheduling orders and briefing schedules, *see* LCR 7(d), 16(b)(6), which is based on its inherent authority to manage its docket. *See All. for the Wild Rockies v. Marten*, 200 F. Supp. 3d 1129, 1130 (D. Mont. 2016) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55, (1936)).