HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,<br><br>        Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY; et al.,<br><br>        Defendants. | Case No. 2:22-cv-01373-JCC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO ALLOW THE PARTIES TO SUPPLEMENT EXPERT REPORTS/REBUTTAL REPORTS |

## I. STIPULATION

COMES NOW Defendant Public Service Insurance Company ("PSIC") and Plaintiff Sixty-01 Association of Apartment Owners (the "Association"), by and through their counsel of record and hereby through this stipulation moves this Court for an Order to allow the parties to supplement certain expert reports/rebuttal reports as set forth herein. The parties agree to allow PSIC to file a supplemental report from Ankura in response to the expert report of the Association's expert David Gramman, which was disclosed on September 20, 2024. This report will be served by close of business on Tuesday, November 19, 2024.

STIPULATED MOTION TO ALLOW THE PATIES TO SUPPLEMENT CERTAIN EXPERT REPORTS/REBUTTAL REPORTS

Page 1 of 6

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9101

The parties further agree that this additional rebuttal report from Ankura will be based only on the investigations and inspections previously conducted and disclosed in this matter, and not on any new or subsequent investigation or inspection. In addition, the parties agree that the Association will be permitted to submit a response, if any, to the additional rebuttal report by Ankura no later than close of business Friday, December 6, 2024 and that the Association retains the right to object to any opinions in the additional rebuttal report that it believes are beyond the opinions provided by the Association's expert, David Gramman.

In addition to the foregoing, the parties stipulate that PSIC will be filing a supplemental expert report of Robert Wood in light of the Court's Order denying Plaintiff's Motion for Protective Order and Motion to Exclude PSIC Expert Witness Robert Wood (Dkt. #233) and additional discovery recently received from Plaintiff. The Parties further stipulate that Plaintiff will be permitted to submit a response to Mr. Wood's expert reports twenty (20) days after the supplemental expert report by Mr. Wood is served.

DATED this 18th day of November, 2024.

| KENNEDYS CMK LLP | ASHBAUGH BEAL |
|---|---|
| s/ Terri A. Sutton | s/ Jesse D. Miller |
| Terri A. Sutton, WSBA #44842 | Jesse D. Miller, WSBA #35837 |
| KENNEDYS CMK LLP | jmiller@ashbaughbeal.com |
| 1420 Fifth Avenue, Suite 2200 | Zachary O. McIsaac, WSBA #35833 |
| Seattle, Washington 98101 | zmcisaac@ashbaughbeal.com |
| Telephone (564) 224-9101 | Kristen B. Moran, WSBA # 59328 |
| Terri.Sutton@kennedyslaw.com | kmoran@ashbaughbeal.com |
| | |
| s/ Kristen Perkins | *Attorneys for Sixty-01 Association of Apartment Owners* |
| Kristen Perkins, *Pro Hac Vice* | |
| KENNEDYS CMK LLP | |
| 100 SE Third Avenue, Suite 806 | |
| Fort Lauderdale, Florida 33394 | |
| Telephone (786) 322-7023 | |
| Kristen.Perkins@kennedyslaw.com | |

1
2   *s/ Jeffrey A. Trimarchi*
    Jeffrey A. Trimarchi, *Pro Hac Vice*
    KENNEDYS CMK LLP
3   120 Mountainview Blvd.
    Basking Ridge, NJ 07920
    Telephone (908-848-1235)
4   jeff.trimarchi@kennedyslaw.com

5   *s/ Jack Baughman*
    Jack Baughman, *Pro Hac Vice*
    BAUGHMAN KROUP BOSSE
6   One Liberty Plaza, Floor 46
    New York, New York 10006
7   Telephone (212) 548-3212
    jbaughman@bkbfirm.com

8
    *s/ Nathaniel Marmon*
9   Nathaniel Marmon, *Pro Hac Vice*
    BAUGHMAN KROUP BOSSE
    One Liberty Plaza, Floor 46
10  New York, New York 10006
    Telephone (646) 205-2942
11  nmarmon@bkbfirm.com

12  *Attorney for Defendant Public Service Insurance Company*

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO ALLOW THE PATIES TO SUPPLEMENT CERTAIN EXPERT REPORTS/REBUTTAL REPORTS

Page 3 of 6

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9101

## II. ORDER

IT IS SO ORDERED.

DATED this 19th day of November 2024.

*[signature: John C. Coughenour]*

---
JUDGE JOHN C. COUGHENOUR
United States District Judge

///

STIPULATED MOTION TO ALLOW THE PATIES TO SUPPLEMENT CERTAIN EXPERT REPORTS/REBUTTAL REPORTS

Page 4 of 6

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9101

1
2  ///
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATED MOTION TO ALLOW THE PATIES TO SUPPLEMENT CERTAIN EXPERT REPORTS/REBUTTAL REPORTS

Page 5 of 6

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9101

**CERTIFICATE OF SERVICE**

I, Terri Sutton, hereby declare and state as follows:

I am a citizen of the United States and employed in Seattle, Washington; I am over the age of eighteen years and not a party to the within action; my business address is 1420 Fifth Avenue, Suite 2200, Seattle, Washington, 98101.

On the date set forth below, I caused to be served:

- **STIPULATED MOTION TO ALLOW THE PATIES TO SUPPLEMENT CERTAIN EXPERT REPORTS/REBUTTAL REPORTS**

in the within matter by arranging for a copy to be delivered on the interested parties in said action, in the manner described below, addressed as follows:

| | |
|---|---|
| Kristen B. Moran, WSBA # 59328<br>Jesse D. Miller, WSBA #35837<br>Zachary O. McIsaac, WSBA #35833<br>Ashbaugh Beal<br>920 Fifth Avenue<br>Suite 3400<br>Seattle, WA 98104<br>kmoran@ashbaughbeal.com<br>miller@ashbaughbeal.com<br>zmcisaac@ashbaughbeal.com<br>*Attorneys for Plaintiff* | ☑ **by ECF Court efiling Application to the the extent counsel is registered**<br>☑ **by Electronic Mail:**<br>☐ **by Facsimile Transmission**<br>☐ **by First Class Mail**<br>☐ **by Hand Delivery**<br>☐ **by Overnight Delivery** |

DATED this 18th day of November, 2024, at Seattle, WA.

/s/ *Terri Sutton*
Terri Sutton

STIPULATED MOTION TO ALLOW THE PATIES TO SUPPLEMENT CERTAIN EXPERT REPORTS/REBUTTAL REPORTS

Page 6 of 6

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9101