THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>PUBLIC SERVICE INSURANCE COMPANY, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. C22-1373-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On December 13, 2024, Defendant Public Service Insurance Company ("PSIC") moved to (a) extend certain case deadlines and (b) expand the number of depositions (Dkt. No. 241). Given the deadlines' proximity, (*see* Dkt. No. 219), and the upcoming holiday season, the Court finds good cause to accelerate the briefing schedule on PSIC's motion (Dkt. No. 241).

Accordingly, Plaintiff's response to PSIC's motion (Dkt. No. 241) is due December 20, 2024. PSIC's reply is due December 23, 2024.

//

//

//

MINUTE ORDER
C22-1373-JCC
PAGE - 1

DATED this 13th day of December 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk