HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6       **UNITED STATES DISTRICT COURT**
        **DISTRICT OF WASHINGTON**
7       **AT SEATTLE**

8   SIXTY-01 ASSOCIATION OF APARTMENT          Case No. 2:22-cv-01373-JCC
    OWNERS, a Washington non-profit
9   corporation,                               STIPULATED MOTION TO ALLOW TWO
                                               DEPOSITIONS AFTER THE DISCOVERY
10          Plaintiff,                         END DATE

11  v.                                         NOTE ON MOTION CALENDAR:
                                               **January 16, 2025**
12  PUBLIC SERVICE INSURANCE
    COMPANY; et al.,

13          Defendants.

14

15          COMES NOW Defendant Public Service Insurance Company ("PSIC") and Plaintiff

16  Sixty-01 Association of Apartment Owners ("Plaintiff"), by and through their counsel of record

17  and hereby moves this Court for an Order to allow the Parties to conduct two depositions after the

18  January 17, 2025 discovery end date set by the Court.

19          The Parties have been diligently working to complete the remaining depositions before

20  January 17, 2025. Due to various circumstances, including witness availability, the Parties have

21  agreed to conduct two depositions the week of January 20, 2025. These depositions will consist

22  of: (1) PSIC's Tax Expert Robert Wood; and (2) Plaintiff's Tax Expert John Colvin. The Parties

23

24

1    represent that neither party will be prejudiced by these two depositions after the January 17, 2025

2    discovery end date and there will be no impact on the other deadlines set by the Court.

3

     DATED this 15th day of January, 2025.

4

     KENNEDYS CMK LLP                              ASHBAUGH BEAL

5

6

     s/ Terri A. Sutton                            s/ Jesse D. Miller
7    Terri A. Sutton, WSBA #44842                  Jesse D. Miller, WSBA #35837
     KENNEDYS CMK LLP                              jmiller@ashbaughbeal.com
8    1420 Fifth Avenue, Suite 2200                 Zachary O. McIsaac, WSBA #35833
     Seattle, Washington 98101                     zmcisaac@ashbaughbeal.com
9    Telephone (564) 224-9101                      Kristen B. Moran, WSBA # 59328
     Terri.Sutton@kennedyslaw.com                  kmoran@ashbaughbeal.com

10
     s/ Kristen Perkins                            Attorneys for Sixty-01 Association of
     Kristen Perkins, Pro Hac Vice                 Apartment Owners
11   100 SE Third Avenue, Suite 806
     Fort Lauderdale, Florida 33394
12   Telephone (786) 322-7023
     Kristen.Perkins@kennedyslaw.com

13
     s/ Jeffrey A. Trimarchi
14   Jeffrey A. Trimarchi, Pro Hac Vice
     120 Mountainview Blvd.
     Basking Ridge, NJ 07920
15   Telephone (908-848-1235)
     jeff.trimarchi@kennedyslaw.com

16   BAUGHMAN KROUP BOSSE

17   s/ Jack Baughman
     Jack Baughman, Pro Hac Vice
18   One Liberty Plaza, Floor 46
     New York, New York 10006
19   Telephone (212) 548-3212
     jbaughman@bkbfirm.com

20
     s/ Nathaniel Marmon
     Nathaniel Marmon, Pro Hac Vice
21   One Liberty Plaza, Floor 46
     New York, New York 10006
22   Telephone (646) 205-2942
     nmarmon@bkbfirm.com

23

24

1  *s/ Ian Robertson*
   Ian Robertson, *Pro Hac Vice*
2  One Liberty Plaza, Floor 46
   New York, New York 10006
3  Telephone (646) 205-2942
   irobertson@bkbfirm.com

4  *Attorney for Defendant Public Service*
   *Insurance Company*

5

6

7

8                          **ORDER**

9          IT IS SO ORDERED.

10         DATED this 16th day of January 2025.

11

12         _____
           JUDGE JOHN C. COUGHENOUR
           United States District Judge

13

14  //

15  //

16

17  Presented by:

18  KENNEDYS CMK LLP                    ASHBAUGH BEAL

19

20  *s/ Terri A. Sutton*                s/ _____
    Terri A. Sutton, WSBA #44842        Jesse D. Miller, WSBA #35837
21  KENNEDYS CMK LLP                    jmiller@ashbaughbeal.com
    1420 Fifth Avenue, Suite 2200       Zachary O. McIsaac, WSBA #35833
22  Seattle, Washington 98101           zmcisaac@ashbaughbeal.com
    Telephone (564) 224-9101            Kristen B. Moran, WSBA # 59328
23  Terri.Sutton@kennedyslaw.com        kmoran@ashbaughbeal.com

24

*Attorney for Defendant Public Service Insurance Company*

*Attorneys for Sixty-01 Association of Apartment Owners*

## CERTIFICATE OF SERVICE

I, Terri A. Sutton, hereby declare and state as follows:

I am a citizen of the United States and employed in Seattle, Washington; I am over the age of eighteen years and not a party to the within action; my business address is 1420 Fifth Avenue, Suite 2200, Seattle, Washington, 98101.

On the date set forth below, I caused to be served:

- **STIPULATED MOTION TO ALLOW TWO DEPOSITIONS AFTER THE DISCOVERY END DATE**

in the within matter by arranging for a copy to be delivered on the interested parties in said action, in the manner described below, addressed as follows:

| | |
|---|---|
| Kristen B. Moran, WSBA # 59328<br>Jesse D. Miller, WSBA #35837<br>Zachary O. McIsaac, WSBA #35833<br>Ashbaugh Beal<br>920 Fifth Avenue<br>Suite 3400<br>Seattle, WA 98104<br>kmoran@ashbaughbeal.com<br>miller@ashbaughbeal.com<br>zmcisaac@ashbaughbeal.com<br>*Attorneys for Plaintiff* | ☑ **by ECF Court efiling Application to the extent counsel is registered**<br>☑ **by Electronic Mail:**<br>☐ **by Facsimile Transmission**<br>☐ **by First Class Mail**<br>☐ **by Hand Delivery**<br>☐ **by Overnight Delivery** |
| Michael S. Wampold, WSBA #26052<br>Tomis A. Gahan, WSBA #32779<br>PWRFL<br>1001 4th Avenue, Suite 4131<br>Seattle, WA 98154<br>wampold@pwrfl-law.com<br>gahan@pwrfl-law.com<br>kelsey@pwrfl-law.com<br>*Attorneys for Plaintiff* | ☑ **by ECF Court efiling Application to the extent counsel is registered**<br>☑ **by Electronic Mail:**<br>☐ **by Facsimile Transmission**<br>☐ **by First Class Mail**<br>☐ **by Hand Delivery**<br>☐ **by Overnight Delivery** |

DATED this 15th day of January, 2025, at Seattle, WA.

/s/ *Terri A. Sutton*
Terri A. Sutton

STIPULATED MOTION TO ALLOW TWO
DEPOSITIONS AFTER THE DISCOVERY
END DATE

Page 4 of 4

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9101