THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C22-1373-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On January 6, 2025, Plaintiff moved to compel production (Dkt. No. 252). In response, Defendant Public Service Insurance Company ("PSIC") indicates that it has produced all responsive non-privileged material, at least as it relates to its experts' files and that will serve a supplemental privilege log in the near future regarding the same. (*See* Dkt. No. 264 at 1.) In reply, Plaintiff points to what it describes as responsive PSIC claims manuals, along with internal PSIC communications, both which PSIC did not produce or address. (*See* Dkt. No. 266 at 3–5.) Plaintiff also suggests that, while PSIC recently produced some experts' files, it inappropriately withheld certain presentations from PSIC's claim-handling expert GailAnn Stargardter. (*Id.* at 6.)

The Court seeks supplemental briefing from PSIC regarding why it need not produce

these items. That briefing shall be limited to six pages and is due no later than January 29, 2025.

DATED this 27th day of January 2025.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk