THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C22-1373-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In order to accommodate the Court's calendar, trial in this matter is CONTINUED to 9 a.m. on **August 18, 2025**, and the remaining pre-trial deadlines are RESET as follows:

| Event | Date/Deadline |
|---|---|
| Motions *in Limine*[1] | August 6, 2025 |

---

[1] Motions *in limine* shall be presented in a joint brief in accordance with the Court's trial procedures, *available at* https://www.wawd.uscourts.gov/judges/coughenour-procedures.

MINUTE ORDER
C22-1373-JCC
PAGE - 1

| | |
|---|---|
| Pretrial Order | August 6, 2025 |
| Proposed Jury Instructions, Verdict Form, *Voir dire*, and Trial Briefs[2] | August 11, 2025 |

DATED this 25th day of February 2025.

                                           Ravi Subramanian
                                           Clerk of Court

                                           s/Kathleen Albert
                                           Deputy Clerk

---

[2] The submissions should comply with the local rules, including LCRs 16.1 and 51. To the extent those rules conflict with this Court's trial procedures, *available at* https://www.wawd.uscourts.gov/judges/coughenour-procedures, the latter control.

MINUTE ORDER
C22-1373-JCC
PAGE - 2