HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,

Plaintiff,

v.

PUBLIC SERVICE INSURANCE COMPANY; *et al.*,

Defendants.

NO. 2:22-CV-01373 JCC

STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE FOR PERPETUATION DEPOSITION

NOTE ON MOTION CALENDAR:
**February 24, 2025**

## I. STIPULATION

The Court's December 23, 2024 Order (Dkt. # 251) extended the discovery deadline to February 28, 2025, solely for the purposes of perpetuating Mr. Dubyk's testimony, should he be unavailable at trial.

In light of the Court moving the current trial date in this matter, Plaintiff requested that PSIC agree to move the deadline for Mr. Dubyk's deposition. The parties conferred and PSIC agreed to Plaintiff's request. The parties now submit this stipulated motion to the Court seeking a new deadline of April 1, 2025 for any perpetuation deposition of Mr. Dubyk.

///

Ashbaugh Beal LLP
920 5th AVE SUITE 3400
SEATTLE, WA 98104
T.206.386.5900 F. 206.344.7400

DATED this 24th day of February, 2025.

ASHBAUGH BEAL

By s/ Jesse D. Miller
Jesse D. Miller, WSBA #35837
jmiller@ashbaughbeal.com
Zachary O. McIsaac, WSBA #35833
zmcisaac@ashbaughbeal.com
Kristen B. Moran, WSBA #59328
kmoran@ashbaughbeal.com
Attorneys for Plaintiff

KENNEDYS CMK LLP

By s/ Kristen D. Perkins
Terri A. Sutton, WSBA #44842
terri.sutton@kennedyslaw.com
Kristen D. Perkins, *pro hac vice*
kristen.perkins@kennedyslaw.com
Jeffrey A. Trimarchi, *pro hac vice*
jeff.trimarchi@kennedyslaw.com
Attorneys for Defendant

PWRFL

By s/ Michael S. Wampold
Michael S. Wampold, WSBA #26053
wampold@pwrfl-law.com
Tomás A. Gahan, WSBA #32779
gahan@pwrfl-law.com
Attorneys for Plaintiff

BAUGHMAN KROUP BOSSE

By s/ Nathaniel Marmon
John F. Baughman, *pro hac vice*
jbaughman@bkbfirm.com
Nathaniel Marmon, *pro hac vice*
nmarmon@bkbfirm.com
Ian D. Robertson, *pro hac vice*
irobertson@bkbfirm.com
Attorneys for Defendant

## II. ORDER

IT IS SO ORDERED.

DATED this _25th_ day of __February______, 2025.

JUDGE JOHN C. COUGHENOUR
United States District Judge

Ashbaugh Beal LLP
920 5th AVE SUITE 3400
SEATTLE, WA 98104
T.206.386.5900 F. 206.344.7400

Presented by:

ASHBAUGH BEAL

By s/ Jesse D. Miller
Jesse D. Miller, WSBA #35837
jmiller@ashbaughbeal.com
Zachary O. McIsaac, WSBA #35833
zmcisaac@ashbaughbeal.com
Kristen B. Moran, WSBA #59328
kmoran@ashbaughbeal.com
Attorneys for Plaintiff

PWRFL

By s/ Michael S. Wampold
Michael S. Wampold, WSBA #26053
wampold@pwrfl-law.com
Tomás A. Gahan, WSBA #32779
gahan@pwrfl-law.com
Attorneys for Plaintiff

KENNEDYS CMK LLP

By s/ Kristen D. Perkins
Terri A. Sutton, WSBA #44842
terri.sutton@kennedyslaw.com
Kristen D. Perkins, *pro hac vice*
kristen.perkins@kennedyslaw.com
Jeffrey A. Trimarchi, *pro hac vice*
jeff.trimarchi@kennedyslaw.com
Attorneys for Defendant Public Service Insurance Company

BAUGHMAN KROUP BOSSE

By s/ Nathaniel Marmon
John F. Baughman, *pro hac vice*
jbaughman@bkbfirm.com
Nathaniel Marmon, *pro hac vice*
nmarmon@bkbfirm.com
Ian D. Robertson, *pro hac vice*
irobertson@bkbfirm.com
Attorneys for Defendant Public Service Insurance Company

Ashbaugh Beal LLP
920 5th AVE SUITE 3400
SEATTLE, WA 98104
T.206.386.5900 F. 206.344.7400

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Terri A. Sutton, WSBA #44842
terri.sutton@kennedyslaw.com
Kristen D. Perkins, *pro hac vice*
kristen.perkins@kennedyslaw.com
Jeffrey A. Trimarchi, *pro hac vice*
jeff.trimarchi@kennedyslaw.com
KENNEDYS CMK LLP

*and*

John F. Baughman, *pro hac vice*
jbaughman@bkbfirm.com
Nathaniel Marmon, *pro hac vice*
nmarmon@bkbfirm.com
Ian D. Robertson, *pro hac vice*
irobertson@bkbfirm.com
BAUGHMAN KROUP BOSSE
*Attorneys for Public Service Insurance Company*

The foregoing is true and correct to the best of my knowledge and belief.

Dated this 24th day of February, 2025, at Seattle, Washington.

s/ Teresa MacDonald
Teresa MacDonald

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE - 4
(NO. 2:22-CV-01373 JCC)

Ashbaugh Beal LLP
920 5th AVE SUITE 3400
SEATTLE, WA 98104
T.206.386.5900 F. 206.344.7400