HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY; et al.,<br><br>Defendants. | Case No. 2:22-cv-01373-JCC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PERPETUATION DEPOSITION<br><br>NOTE ON MOTION CALENDAR:<br>**April 1, 2025** |

## I. STIPULATION

The Court's December 23, 2024 Order (Dkt. # 251) extended the discovery deadline to February 28, 2025, solely for the purposes of perpetuating Mr. Dubyk's testimony, should he be unavailable at trial. The parties previously submitted a stipulated motion to extend the deadline for Mr. Dubyk's perpetuation deposition to April 1, 2025, which was granted by the Court (Dkt.# 289).

Mr. Dubyk's perpetuation deposition was scheduled for March 28, 2025. Prior to that date, Mr. Dubyk became unavailable to appear for the deposition and PSIC is uncertain when he will be

available. The parties have conferred and agreed to request a further extension of the deadline for Mr. Dubyk's perpetuation deposition for an additional 60 days, or until June 2, 2025.

The parties now submit this stipulated motion to the Court seeking a new deadline of June 2, 2025 for any perpetuation deposition of Mr. Dubyk.

DATED this 1st day of April, 2025.

ASHBAUGH BEAL

By s/ *Jesse D. Miller*
    Jesse D. Miller, WSBA #35837
    jmiller@ashbaughbeal.com
    Zachary O. McIsaac, WSBA #35833
    zmcisaac@ashbaughbeal.com
    Kristen B. Moran, WSBA #59328
    kmoran@ashbaughbeal.com
    Attorneys for Plaintiff

PWRFL

By s/ *Michael S. Wampold*
    Michael S. Wampold, WSBA #26053
    wampold@pwrfl-law.com
    Tomás A. Gahan, WSBA #32779
    gahan@pwrfl-law.com
    Attorneys for Plaintiff

KENNEDYS CMK LLP

By s/ *Terri A. Sutton*
    Terri A. Sutton, WSBA #44842
    terri.sutton@kennedyslaw.com
    Kristen D. Perkins, *pro hac vice*
    kristen.perkins@kennedyslaw.com
    Jeffrey A. Trimarchi, *pro hac vice*
    jeff.trimarchi@kennedyslaw.com
    Attorneys for Defendant

BAUGHMAN KROUP BOSSE

By s/ *John F. Baughman*
    John F. Baughman, *pro hac vice*
    jbaughman@bkbfirm.com
    Nathaniel Marmon, *pro hac vice*
    nmarmon@bkbfirm.com
    Ian D. Robertson, *pro hac vice*
    irobertson@bkbfirm.com
    Attorneys for Defendant

## II. ORDER

IT IS SO ORDERED.

DATED this 2nd day of April 2025.

*[signature: John C Coughenour]*

_____
JUDGE JOHN C. COUGHENOUR
United States District Judge

Presented by:

| ASHBAUGH BEAL | KENNEDYS CMK LLP |
|---|---|

By s/ *Jesse D. Miller*
    Jesse D. Miller, WSBA #35837
    jmiller@ashbaughbeal.com
    Zachary O. McIsaac, WSBA #35833
    zmcisaac@ashbaughbeal.com
    Kristen B. Moran, WSBA #59328
    kmoran@ashbaughbeal.com
    Attorneys for Plaintiff

By s/ *Terri A. Sutton*
    Terri A. Sutton, WSBA #44842
    terri.sutton@kennedyslaw.com
    Kristen D. Perkins, *pro hac vice*
    kristen.perkins@kennedyslaw.com
    Jeffrey A. Trimarchi, *pro hac vice*
    jeff.trimarchi@kennedyslaw.com
    Attorneys for Defendant Public Service
    Insurance Company

PWRFL

BAUGHMAN KROUP BOSSE

By s/ *Michael S. Wampold*
    Michael S. Wampold, WSBA #26053
    wampold@pwrfl-law.com
    Tomás A. Gahan, WSBA #32779
    gahan@pwrfl-law.com
    Attorneys for Plaintiff

By s/ *John F. Baughman*
    John F. Baughman, *pro hac vice*
    jbaughman@bkbfirm.com
    Nathaniel Marmon, *pro hac vice*
    nmarmon@bkbfirm.com
    Ian D. Robertson, *pro hac vice*
    irobertson@bkbfirm.com
    Attorneys for Defendant Public Service
    Insurance Company

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PERPETUATION DEPOSITION

Page 3 of 4

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9101

**CERTIFICATE OF SERVICE**

I, Will Cummins, hereby declare and state as follows:

I am a citizen of the United States and employed in Seattle, Washington; I am over the age of eighteen years and not a party to the within action; my business address is 1420 Fifth Avenue, Suite 2200, Seattle, Washington, 98101.

On the date set forth below, I caused to be served:

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PERPETUATION DEPOSITION**

in the within matter by arranging for a copy to be delivered on the interested parties in said action, in the manner described below, addressed as follows:

| | |
|---|---|
| Kristen B. Moran, WSBA # 59328<br>Jesse D. Miller, WSBA #35837<br>Zachary O. McIsaac, WSBA #35833<br>Ashbaugh Beal<br>920 Fifth Avenue<br>Suite 3400<br>Seattle, WA 98104<br>kmoran@ashbaughbeal.com<br>jmiller@ashbaughbeal.com<br>zmcisaac@ashbaughbeal.com<br>tmacDonald@ashbaughbeal.com<br>*Attorneys for Plaintiff* | ☒ by ECF Court efiling Application to the the extent counsel is registered<br>☒ by Electronic Mail:<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| Michael S. Wampold, WSBA #26052<br>Tomis A. Gahan, WSBA #32779<br>PWRFL<br>1001 4th Avenue, Suite 4131<br>Seattle, WA 98154<br>wampold@pwrfl-law.com<br>gahan@pwrfl-law.com<br>kelsey@pwrfl-law.com<br>*Attorneys for Plaintiff* | ☒ by ECF Court efiling Application to the the extent counsel is registered<br>☒ by Electronic Mail:<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 1st day of April, 2025, at Seattle, WA.

/s/ *Will Cummins*
Will Cummins, Legal Assistant