HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, a Washington non-profit corporation,<br><br>   Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY; et al.,<br><br>   Defendants. | Case No. 2:22-cv-01373-JCC<br><br>STIPULATED MOTION TO MOVE THE TRIAL DATE TO JANUARY 12, 2026<br><br>NOTE ON MOTION CALENDAR:<br>**July 24, 2025** |

COMES NOW Defendant Public Service Insurance Company ("PSIC") and Plaintiff Sixty-01 Association of Apartment Owners ("Plaintiff"), by and through their counsel of record and hereby moves this Court for an Order resetting the trial date to January 12, 2026, and that associated pre-trial deadlines be continued accordingly.

Under LCR 16(b)(6), a court schedule may be changed for good cause. On July 10, 2025, the Court continued the trial to October 27, 2025. Dkt. 297. Counsel for the parties have scheduling conflicts with this new trial date. Counsel discussed their scheduling conflicts by email on July 21-22, 2025, and the parties agreed to move the trial date to January 12, 2026. On July 21, 2025, counsel for Plaintiff spoke with the Court's law clerk, who indicated that a January 12, 2026 trial date would work with the Court's schedule.

STIPULATED MOTION TO MOVE THE TRIAL DATE TO JANUARY 12, 2026

Page 1 of 5

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9101

The Parties represent that neither party will be prejudiced by this proposed change in the trial date.

The parties also request that the pre-trial deadlines be set accordingly as follows:

- Motions *in Limine* — December 17, 2025
- Pretrial Order — January 6, 2026
- Proposed Jury Instructions — January 6, 2026
  Verdict Form
  *Voir dire*
  Trial Briefs

DATED this 24th day of July, 2025.

| KENNEDYS CMK LLP | MILLER MCISAAC & ASHBAUGH |
|---|---|
| s/ *Terri A. Sutton* | s/ *Jesse D. Miller* |
| Terri A. Sutton, WSBA #44842 | Jesse D. Miller, WSBA #35837 |
| KENNEDYS CMK LLP | jmiller@mma-law.com |
| 1420 Fifth Avenue, Suite 2200 | Zachary O. McIsaac, WSBA #35833 |
| Seattle, Washington 98101 | zmcisaac@mma-law.com |
| Telephone (564) 224-9101 | |
| Terri.Sutton@kennedyslaw.com | PWRFL |
| s/ *Kristen Perkins* | s/ *Michael S. Wampold* |
| Kristen Perkins, *Pro Hac Vice* | Michael S. Wampold, WSBA #26053 |
| 100 SE Third Avenue, Suite 806 | wampold@pwrfl-law.com |
| Fort Lauderdale, Florida 33394 | Tomás A. Gahan, WSBA #32779 |
| Telephone (786) 322-7023 | gahan@pwrfl-law.com |
| Kristen.Perkins@kennedyslaw.com | |
| | *Attorneys for Sixty-01 Association of Apartment Owners* |
| s/ *Jeffrey A. Trimarchi* | |
| Jeffrey A. Trimarchi, *Pro Hac Vice* | |
| 120 Mountainview Blvd. | |
| Basking Ridge, NJ 07920 | |
| Telephone (908-848-1235) | |
| jeff.trimarchi@kennedyslaw.com | |

1  BAUGHMAN KROUP BOSSE

2  *s/ Jack Baughman*
   Jack Baughman, *Pro Hac Vice*
3  One Liberty Plaza, Floor 46
   New York, New York 10006
4  Telephone (212) 548-3212
   jbaughman@bkbfirm.com
5
   *s/ Nathaniel Marmon*
6  Nathaniel Marmon, *Pro Hac Vice*
   One Liberty Plaza, Floor 46
7  New York, New York 10006
   Telephone (646) 205-2942
8  nmarmon@bkbfirm.com

9  *s/ Ian Robertson*
   Ian Robertson, *Pro Hac Vice*
10 One Liberty Plaza, Floor 46
   New York, New York 10006
11 Telephone (646) 205-2942
   irobertson@bkbfirm.com
12
   *s/ Andrew Bosse*
13 Andrew Bosse, *Pro Hac Vice*
   One Liberty Plaza, Floor 46
14 New York, New York 10006
   Telephone (646) 205-2942
15 abosse@bkbfirm.com

16 *Attorney for Defendant Public Service Insurance Company*

17

18

19

20

21

22

23

24

25

26

27

### ORDER

IT IS SO ORDERED.

DATED this 28th day of July 2025.

                                  *(signature)*
_____
JUDGE JOHN C. COUGHENOUR
United States District Judge

//

//

Presented by:

| KENNEDYS CMK LLP | MILLER MCISAAC & ASHBAUGH |
|---|---|
| s/ *Terri A. Sutton* | s/ *Jesse D. Miller* |
| Terri A. Sutton, WSBA #44842 | Jesse D. Miller, WSBA #35837 |
| KENNEDYS CMK LLP | jmiller@mma-law.com |
| 1420 Fifth Avenue, Suite 2200 | Zachary O. McIsaac, WSBA #35833 |
| Seattle, Washington 98101 | zmcisaac@mma-law.com |
| Telephone (564) 224-9101 | MILLER MCISAAC & ASHBAUGH |
| Terri.Sutton@kennedyslaw.com | Telephone (206) 219-1909 |
| *Attorney for Defendant Public Service Insurance Company* | *Attorneys for Sixty-01 Association of Apartment Owners* |

**CERTIFICATE OF SERVICE**

I, Jennifer Serbanica, hereby declare and state as follows:

I am a citizen of the United States and employed in San Francisco, CA; I am over the age of eighteen years and not a party to the within action; my business address is 455 Market Street, Suite 1900, San Francisco, CA 94105.

On the date set forth below, I caused to be served:

- **STIPULATED MOTION TO MOVE THE TRIAL DATE TO JANUARY 12, 2026**

in the within matter by arranging for a copy to be delivered on the interested parties in said action, in the manner described below, addressed as follows:

| | |
|---|---|
| Jesse D. Miller, WSBA #35837<br>Zachary O. McIsaac, WSBA #35833<br>Miller McIsaac & Ashbaugh<br>3123 W. Wheeler Street, #1050<br>Seattle, WA 98199<br>jmiller@mma-law.com<br>zmcisaac@mma-law.com<br>*Attorneys for Plaintiff* | ☑ by ECF Court efiling Application to the extent counsel is registered<br>☑ by Electronic Mail:<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| Michael S. Wampold, WSBA #26052<br>Tomis A. Gahan, WSBA #32779<br>PWRFL<br>1001 4th Avenue, Suite 4131<br>Seattle, WA 98154<br>wampold@pwrfl-law.com<br>gahan@pwrfl-law.com<br>kelsey@pwrfl-law.com<br>*Attorneys for Plaintiff* | ☑ by ECF Court efiling Application to the extent counsel is registered<br>☑ by Electronic Mail:<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 24th day of July, 2025, at San Francisco, CA.

*[signature]*
_____
Jennifer Serbanica