THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br>v.<br><br>PUBLIC SERVICE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C22-1373-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the remaining parties' stipulated motion for dismissal (Dkt. No. 308). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the stipulation is self-executing and this action is DISMISSED with prejudice and without costs or attorney fees to any party. The Clerk is DIRECTED to close this case.

//

//

//

MINUTE ORDER
C22-1373-JCC
PAGE - 1

DATED this 9th day of September 2025.

Ravi Subramanian  
Clerk of Court

s/Kadya Peter  
Deputy Clerk